IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:22CR224-1 |
| | : | |
| KENNETH MAURICE QUICK, JR. | : | |

FACTUAL BASIS

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states as follows:

On May 24, 2022, at approximately 7:44 p.m., Sgt. Zac Van Horn of the Laurinburg Police Department (LPD) received a dispatch from LPD Sgt. Phillip Butler that Kenneth Maurice Quick, Jr., the defendant, was seen on South Main Street near I-74 in Laurinburg operating a white Ford Crown Victoria. Quick was then on release for several serious offenses, including murder. Van Horn proceeded to that location. Van Horn was ultimately able to get behind Quick's vehicle at the intersection of the US401 Bypass and Plaza Road in Laurinburg. Quick accelerated from the light and was clocked by Van Horn as traveling 65 MPH in a 55 MPH speed zone. Quick proceeded to take the West Church Street exit and as he passed beneath the US401 Bypass bridge Van Horn activated his emergency equipment. After continuing

between 1,000 to 2,000 feet Quick pulled to the side of the road and came to a stop.

Sgt. Van Horn and Sgt. Butler approached the vehicle. Through the window Sgt. Butler observed a set of black digital scales in the front cupholder of the vehicle. Van Horn asked to see the digital scales and as he did Quick attempted to conceal them. Quick ultimately gave the scales to Van Horn, who opened them and noted a white powder residue consistent with powder cocaine. Van Horn placed the scales on the roof of the vehicle and asked Quick to exit the vehicle. Quick then placed his car in drive and sped away from the stop. Van Horn and Butler pursued Quick at that time. As Quick traveled westbound on West Church Street, he turned left onto Highway 79. As he approached a bridge on Highway 79 with water underneath it, Quick was observed throwing white powder through the front passenger window of the vehicle. LPD officers were later able to recover a portion of this material. The digital scales were also recovered by LPD Officer Goins, having fallen off Quick's roof during the chase.

As he fled, Quick later traveled on X Way Road near the intersection of Blues Farm Road. As he approached another bridge with water underneath it, he threw a black firearm through the front passenger window of the vehicle. Quick missed the water, however, and the firearm landed on the dry ground.

2

LPD Officer Goins (with the assistance of Sgt. Van Horn) later recovered the firearm that Quick threw, a Glock, Model 19, 9mm handgun, serial number BUNX597. The firearm had one round chambered and no magazine.

Quick was later traveling on Sidney Bean Road and as he approached the t-intersection at Old Stage Road was not able to make the turn because of his speed. As a result, his vehicle ended up in a cotton field. Quick continued to flee in the field, traveling on the north side of the field in heavy vegetation. Quick then proceeded south, entering a cornfield, where his vehicle became stuck in a ditch. Officers converged and placed Quick under arrest. LPD Officer McIlwain then used his canine to conduct an article search in the vegetation where Quick had traveled. Located in the field was a Glock 9mm high-capacity magazine containing 30 rounds of 9mm ammunition.

Incident to arrest officers recovered from Quick's person $356.00; from the center console of the vehicle $481.00; from the center console of the vehicle an empty Glock 9mm 15-round magazine; from the center console of the vehicle $380.00 from Quick's wallet; and from the vehicle two cellular phones.

On July 12, 2022, Special Agent Adam Cameron with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) in Fayetteville, a trained firearm nexus examiner, conducted an examination of the Glock, Model 19, 9mm handgun, serial number BUNX597. He determined that the firearm was

manufactured in Austria and therefore had traveled in and affected interstate commerce or foreign commerce. Additionally, SA Cameron determined that the firearm met the statutory definition of "firearm" as set forth in 18 U.S.C. § 921(a)(3).

On the date of this offense Kenneth Maurice Quick, Jr., was a previously convicted felon. On January 25, 2017, Quick was convicted in Scotland County Superior Court for the felony offenses of assault with a deadly weapon inflicting serious injury (three counts), discharging a weapon into occupied property, and conspiracy to commit assault with a deadly weapon inflicting serious injury. For these convictions Quick was committed to state prison for a term of 38 to 58 months. As such, Quick knew he had previously been convicted of offenses punishable for a term of imprisonment exceeding one year.

This the 26th day of September, 2022.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney

/S/ CLIFTON T. BARRETT
Assistant United States Attorney
NCSB #12858
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401

4

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:22CR224-1 |
| | : | |
| KENNETH MAURICE QUICK, JR. | : | |

CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system to notify:

Michael E. Archenbronn, Esquire.

                                          Respectfully submitted,

                                          SANDRA J. HAIRSTON
                                          United States Attorney


                                          /S/ CLIFTON T. BARRETT
                                          Assistant United States Attorney
                                          NCSB #12858
                                          United States Attorney's Office
                                          Middle District of North Carolina
                                          101 S. Edgeworth St., 4th Floor
                                          Greensboro, NC  27401